


March 5, 2014

**VIA ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

3/6/2014

Re:  **Lipitor Products Liability Litigation**

**MEMO ENDORSED**

Dear Judge Cote,

    On January 15, 2014, the Lanier Law Firm filed a Lipitor personal injury/ product liability case, Mack v. Pfizer (14-cv-0279). A pretrial conference for this case has been set for March 21st, 2014. More recently, on February 25, 2014 and February 27, 2014, we filed 51 additional Lipitor cases against Pfizer, marked as "related" to Mack v. Pfizer (see list attached).

    I am writing to inform you that on February 18, 2014, the Judicial Panel for Multi-district Litigation ("JPML") created a MDL for the Lipitor litigation in the District of South Carolina, and a transfer order has been issued (see attached order). Since, in all likelihood, all of our Lipitor cases against Pfizer will be transferred to the MDL in the upcoming month, I respectfully request a discontinuance of the March 21, 2014 court conference in Mack and a stay of on the rest of our Lipitor cases identified on attachment A until these cases are transferred to the MDL.

Respectfully yours,

THE LANIER LAW FIRM, PLLC.

*Cat 7. H+*

Catherine Heacox, Esq.
*New York Office*

Enclosures

Attachment A: list of Lipitor cases.
Transfer Order

Granted.

/s/ Denise Cote
3/6/14

The Lanier Law Firm
A Professional Corporation

HOUSTON
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
Post Office Box 691448
Houston, TX 77269
(713) 659-5200
Fax (713) 659-2204

LOS ANGELES
The Lanier Law Firm, PC
2049 Century Park East
Suite 1940
Los Angeles, CA 90067
(310) 277-5100
Fax (310) 277-5103

NEW YORK
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

PALO ALTO
The Lanier Law Firm, PC
2200 Geng Rd., Suite 200
Palo Alto, CA 94303
(650) 322-9100
Fax (650) 322-9103

lanierlawfirm.com